**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

Wicomico County Branch of the NAACP, et al
_____    *

**Plaintiff,**

                                   *

**v.**                                          **Case No.**  1:23-cv-03325-MJM
                                   *                          _____
Wicomico County, Maryland
_____    *

**Defendant.**                          *

**DISCLOSURE OF CORPORATE INTEREST**

**Check all that apply:**

☐  I certify, as party/counsel in this case that _____
                                                        (name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☑  The following corporate affiliations exist with  Wicomico County Branch of the NAACP :
                                                        (name of party)

National Association for the Advancement of Colored People
_____ .
                                    (names of affiliates)

☐  The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____ .
                        (names of entities with possible financial interests)

☐  In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| | | |
|---|---|---|
| _____ | | _____ |
| (name of member) | | (state of citizenship) |
| _____ | | _____ |
| (name of member) | | (state of citizenship) |
| _____ | | _____ |
| (name of member) | | (state of citizenship) |
| _____ | | _____ |
| (name of member) | | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.


_____

Date

s/ John A. Freedman
_____
Signature

John A. Freedman (Bar #20276)
_____
Printed name and bar number

601 Massachusetts Ave, NW, Washington, DC 20001
_____
Address

john.freedman@arnoldporter.com
_____
Email address

(202) 942-5000
_____
Telephone number

(202) 942-5999
_____
Fax number