**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
(*Northern Division*)

| | |
|---|---|
| **WICOMICO COUNTY BRANCH OF THE NCAACP, et al.,** | * |
| | * |
| *Plaintiffs,* | **CIVIL CASE NO.: 1:23-cv-03325-MJM** |
| | * |
| **v.** | |
| | * |
| **WICOMICO COUNTY, MARYLAND et al.** | * |
| | |
| *Defendants.* | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### AMENDED FINAL CONSENT JUDGMENT AND DECREE

WHEREAS, Section 2 of the Voting Rights Act of 1965 prohibits any "standard, practice, or procedure" that "results in a denial or abridgement of the right of any citizen of the United States to vote on account of race or color." 52 U.S.C. § 10301(a);

WHEREAS, no Black person has been elected to an at-large position on the Wicomico County Council or Board of Education for as long as either entity has employed its current five single member district/two at-large election system (the "5/2 system"), which, in the case of the Board of Education, has been limited to the elections conducted since implementation of the Board's elective system in 2016;

WHEREAS, the Black population in Wicomico County accounts for approximately 30% of the County's population, its Black, Indigenous and People of Color ("BIPOC") Population 42% and its BIPOC public school student population over 62%.

WHEREAS, the Plaintiffs allege that they have suffered harms resulting from the exclusion caused by Wicomico County's discriminatory election system;

WHEREAS, on or about December 7, 2023, Plaintiffs filed a Complaint in the United States District Court for the District of Maryland, as amended on January 30, 2024, alleging that the existing 5/2 system for the Wicomico County Council and Board of Education is racially discriminatory in violation of the Voting Rights Act of 1965;

WHEREAS, on July 12, 2024, Plaintiffs filed a Motion for Preliminary Injunction requesting that the Court declare the 5/2 system to be unlawful and require Defendants to abolish the system and to implement a racially fair plan both for County Council and Board of Education in time for the 2026 elections;

WHEREAS, all parties to this action, expressing interest in resolving this matter, have engaged in formal mediation before United States Magistrate Judge Erin Aslan, as well as informal negotiations, and have agreed to a resolution of this matter that they believe benefits all residents of Wicomico County;

WHEREAS, on March 4, 2025, upon the recommendations of Plaintiff's Counsel and Defendant's counsel, the Court entered a Final Consent Judgment and Decree ("Consent Decree") which, *inter alia*, abolished the 5/2 system and established seven single-member Councilmanic districts.

WHEREAS, preparations for the 2026 election have disclosed that certain electoral precincts created under the terms of the Consent Decree will have so few voters that it will be impossible to maintain voter confidentiality and the precinct lines cannot be efficaciously redrawn without making minor adjustments in the Councilmanic district boundaries established by the Consent Decree.

WHEREAS, staff at Defendant Wicomico County Board of Elections have prepared a new map depicting the Councilmanic districts as adjusted, which all parties have reviewed and are fully

satisfied the proposed adjustments will effectuate the entirely appropriate objective of maintaining voter privacy without violating the Voting Rights Act and obstructing or undermining the goals of the parties' original Consent Decree.

WHEREAS, the Court, having reviewed the status of this action, and being aided by the recommendations of Judge Aslan, Plaintiffs' counsel, and Defendants' counsel, is of the opinion that the best interests of all the parties and all the citizens of Wicomico County, Maryland would be served by the parties' agreement and by this Court's approval of the Amended Final Consent Judgment and Decree; accordingly, the Court finds that the said Judgment, entered into voluntarily by the Plaintiffs and the County, should be approved.

IT IS THEREFORE ADJUDGED AND DECREED AS FOLLOWS:

1.  This decree, in combination with the Settlement Agreement, extends to all issues against Wicomico County, Maryland relating to both liability and remedy phases of this matter as set forth in the First Amended Complaint and Motion for Preliminary Injunction, and resolves all claims.

2.  This Court has jurisdiction over the subject matter of this action and the parties thereto.

3.  The Plaintiffs and the County agree, consistent with the Settlement Agreement entered into by the Parties and based upon the submissions and expert analysis provided by Plaintiffs, that the legislated structure for the elections for at-large seats on the County Council and Board of Education violates Section 2 of the Voting Rights Act because (1) the Black residents of Wicomico County comprise of a group that is sufficiently large and geographically compact to constitute a majority in two of the proposed seven single-member districts; (2) Black residents of the community are politically cohesive; and (3) the White majority votes sufficiently as a bloc to enable it to elect candidates different than those who would be chosen by Black voters and that there has historically been an exclusion of Black candidates from at large positions on the County

Council, and on the Board of Education since implementation of this elective system for the Board in 2016, despite Black candidates running for office.

4.   The Court finds that the existing County legislative process would be an inadequate remedy to address allegations of a Voting Rights Act violation with respect to the County because of the length of time required to enact a Charter Amendment and the possibility of a Petition for Referendum which could subject Plaintiff's rights to popular referendum and delay implementation of a seven district system for the 2026 election cycle.

5.   As a result of the parties' negotiated settlement of this matter, Defendant Wicomico County agrees to eliminate, and is hereby enjoined from continuing, use of the 5/2 election structure for elections for the County Council.

6.   The "Amended Election Plan" attached as Exhibit B sets forth the mechanism, plan, and schedule by which the County Council will conduct future elections in accordance with the Voting Rights Act.

7.   Upon review, the Court finds that the "Amended Election Plan" as submitted is a proper remedy in this action and is adopted and incorporated by reference into this Final Consent Decree and Judgment as attached. In accordance with the Election Plan, all County Council elections henceforth will proceed through a district-based election system, with seven single-member districts electing the seven Council members. That is, all Council candidates in future elections must reside in the district for which they seek election, and only voters residing in that district shall be eligible to vote for the Council candidates seeking election herein. The district system does not apply to the County Executive election, which remains at large.

8.   Pursuant to this judgment, all existing provisions of the Charter and laws governing elections for the County Council that are inconsistent or in conflict herewith shall be and hereby are to be construed and applied in a manner consistent with this Final Judgment.

9.   This Consent Decree will remain in effect until certification of the 2030 General Election results. Thereafter, Wicomico County can seek modification of the Council district lines after consideration of the 2030 census data.

ORDERED AND ADJUDGED THIS 15th DAY OF January 2026.

The Honorable Matthew J. Maddox
U.S. District Court Judge

5



# WICOMICO COUNTY

**COUNCILMANIC DISTRICTS**

- District 1
- District 2
- District 3
- District 4
- District 5
- District 6
- District 7
- Area to be Moved

**1**

**5**

Lowes

Centre At Salisbury

Move from Councilmanic District 1 to District 5

| Area A | |
|---|---|
| **Board of Elections** | |
| Precinct # | 05-998 |
| Registered Voters | 20 |
| **2020 Census Data** | |
| Total People Moved | 45 |
| White Population Moved | 16 |
| Black Population Moved | 9 |
| From Dist 1 to Dist 5 | |

## COUNCILMANIC DISTRICTS

Councilmanic District Boundary Changes
As Requested by the Wicomico County Board of Elections

*"Area A"*

Population Data Source, 2020 Census

0   500   1,000   2,000   3,000
Feet

Wicomico GIS

October 28, 2025

# WICOMICO COUNTY

**COUNCILMANIC DISTRICTS**

- District 1
- District 2
- District 3
- District 4
- District 5
- District 6
- District 7
- Area to be Moved

| Area B | |
|---|---|
| **Board of Elections** | |
| Precinct # | 09-011 |
| Registered Voters | 19 |
| | |
| **2020 Census Data** | |
| Total People Moved | 30 |
| White Population Moved | 23 |
| Black Population Moved | 1 |
| From Dist 1 to Dist 2 | |

*Move from Councilmanic District 1 to District 2*

*Landfill*

**1**

**2**

*Centennial Village*

**Salisbury**

*Food Lion*

**7**

# COUNCILMANIC DISTRICTS

Councilmanic District Boundary Changes
As Requested by the Wicomico County Board of Elections

## "Area B"

0    500  1,000    2,000    3,000    4,000    5,000
Feet

Wicomico GIS

Population Data Source, 2020 Census

October 28, 2025

# W I C O M I C O   C O U N T Y

## COUNCILMANIC DISTRICTS

- District 1
- District 2
- District 3
- District 4
- District 5
- District 6
- District 7
- Area to be Moved

**1**

**2**

**3**

**7**

Pemberton Elementary

Harbour Pointe

Salisbury

Wicomico River

Move from Councilmanic District 3 to District 7
Note: The Board of Elections has three registered voters in this area, however the 2020 Census has zero population

| Area C | |
|---|---|
| **Board of Elections** | |
| Precinct # | 09-014 |
| Registered Voters | 3 |
| **2020 Census Data** | |
| Total People Moved | 0 |
| White Population Moved | 0 |
| Black Population Moved | 0 |
| From Dist 3 to Dist 7 | |

# C O U N C I L M A N I C   D I S T R I C T S

Councilmanic District Boundary Changes
As Requested by the Wicomico County Board of Elections

## *"Area C"*

Population Data Source, 2020 Census

Wicomico GIS

0   500   1,000   2,000   3,000
Feet

October 28, 2025

# WICOMICO COUNTY

**COUNCILMANIC DISTRICTS**

- District 1
- District 2
- District 3
- District 4
- District 5
- District 6
- District 7
- Area to be Moved

| Area D | |
|---|---|
| **Board of Elections** | |
| Precinct # | 05-003 |
| Registered Voters | 27 |
| **2020 Census Data** | |
| Total People Moved | 32 |
| White Population Moved | 7 |
| Black Population Moved | 16 |
| From Dist 3 to Dist 4 | |

PRESTON ST

HARRINGTON ST

HARDEN CT

ST

ST

ST

AVE

ST

ST

ST

MABEL AVE

NICE PL

PYLE

ST

**Move from Councilmanic District 3 to District 4**

CAREY ST

ROBERT ST

*East Salisbury Elementary*

BENNY ST

**3**

CHURCH

WALSTON AVE

PRISCILLA ST

PHILLIPS AVE

MAIN ST

AVE

YOUNG

**4**

CENTENARY DR

EASTERN AVE

WHITE ST

HOLLAND AVE

TRUITT ST

CLAY ST

MARSHALL ST

BELL AVE

SARATOGA ST

LINWOOD AVE

ISABELLA ST

*Post Office*

GRACE ST

GRACE ST

50

HEALTHWAY DR

Wicomico GIS

N W E S

0    500    1,000
Feet

**COUNCILMANIC DISTRICTS**
Councilmanic District Boundary Changes
As Requested by the Wicomico County Board of Elections
*"Area D"*

Population Data Source, 2020 Census

October 28, 2025

# W I C O M I C O    C O U N T Y

**COUNCILMANIC DISTRICTS**

- District 1
- District 2
- District 3
- District 4
- District 5
- District 6
- District 7
- Area to be Moved

Fruitland

**4**

**7**

**6**

Move from Councilmanic District 4 to District 6

| Area E | |
|---|---|
| **Board of Elections** | |
| Precinct # | 16-002 |
| Registered Voters | 4 |
| **2020 Census Data** | |
| Total People Moved | 9 |
| White Population Moved | 6 |
| Black Population Moved | 1 |
| From Dist 4 to Dist 6 | |

# C O U N C I L M A N I C    D I S T R I C T S

Councilmanic District Boundary Changes
As Requested by the Wicomico County Board of Elections

## "Area E"

Population Data Source, 2020 Census

Wicomico GIS

0   500   1,000   2,000   3,000
Feet

October 28, 2025

# WICOMICO COUNTY

**COUNCILMANIC DISTRICTS**

- District 1
- District 2
- District 3
- District 4
- District 5
- District 6
- District 7
- Area to be Moved

| Area F | |
|---|---|
| **Board of Elections** | |
| Precinct # | 05-001 |
| Registered Voters | 12 |
| **2020 Census Data** | |
| Total People Moved | 40 |
| White Population Moved | 15 |
| Black Population Moved | 13 |
| From Dist 4 to Dist 3 | |

Move from Councilmanic District 4 to District 3

**COUNCILMANIC DISTRICTS**

Councilmanic District Boundary Changes
As Requested by the Wicomico County Board of Elections

*"Area F"*

Population Data Source, 2020 Census

Niovember 6, 2025

N:\GIS\Share\GISData\GIS\Redistricting_2020\Precinct\PrecinctCouncilmanicChanges2025\BdElectionRequestAreaE_8X11.mxd

Wicomico GIS

0    500    1,000
Feet